UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| ANTHONY WAYNE WHALEY | ) CASE NO. 18-58181-LRC |
| GENEVA KATHLEEN WHALEY | ) |
| | ) |
| DEBTORS. | ) |

**CHAPTER 13 TRUSTEE'S
OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

COMES NOW Melissa J. Davey, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

2. The Chapter 13 Schedules reflect an exemption of $53,688.00 for various items pursuant to O.C.G.A. Sections 44-13-100(a)(1) and 44-13-100(a)(6). The Chapter 13 Trustee objects to the exemption because the amount of the exemption exceeds the exemption limitations allowed in accordance with O.C.G.A. Sections 44-13-100(a)(1) and 44-13-100(a)(6).

3. The Debtors claim an exemption of $40,000.00 for back child support. The Chapter 13 Trustee objects to the claimed exemption as any recovery may be disposable income required to be contributed to this Chapter 13 Plan and the proposal to retain the funds may indicate a lack of good faith. 11 U.S.C. Sections 1325(a)(3), 1325(a)(7), and 1325(b)(1)(B).

4. The Chapter 13 Trustee cannot administer the provisions regarding NW Savings Bank and WF/Flooring Solution in Section 3.2 of the Plan because the "amount of secured claims" set forth in the Plan is not equal to the "value of collateral" in the Plan and/or the filed secured claims.

5. The Chapter 13 Plan fails to provide treatment of the filed secured claim of Wells Fargo (secured by a mattress), in violation of 11 U.S.C. Sections 1322(a)(2) or 1325(a)(5).

6. Section 3.6 of the proposed Chapter 13 plan either (1) fails to provide an interest rate to be applied to any allowed secured claims not treated specifically under the plan, preventing the Trustee from properly administering the plan, or (2) improperly crams down the interest rate to less than the current national prime interest rate. 11 U.S.C. Section 1325(a)(5)(B). *See Till v. SCS Credit Corp.*, 541 U.S. 465 (2004).

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

7. The Trustee objects to the proposed Chapter 13 composition Plan, which fails to provide for payment of Debtors' federal income tax refunds to creditors during the applicable commitment period (2018, 2019, 2020, 2021, and 2022), in possible violation of 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

8. Debtors have failed to file a Certificate of Manner of Service showing proper service pursuant to Federal Rules of Bankruptcy Procedure 2002, 3015, and 7004 in violation of NDGA Bankruptcy Court General Order 21-2017.

9. The Chapter 13 Plan fails to provide for the surrender of Debtors' timeshare property to Westgate Resorts in violation of 11 U.S.C. Section 1325(a)(5)(C).

10. The Debtors should provide proof of the fair market value of Debtors' residence so the Trustee may conduct a hypothetical liquidation analysis. 11 U.S.C. Sections 1325(a)(3) and 1325(a)(4).

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/ Mandy K. Campbell
Mandy K. Campbell
Attorney for Chapter 13 Trustee
GA Bar No. 142676

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ANTHONY WAYNE WHALEY and | ) | |
| | ) | CASE NO.: 18-58181-LRC |
| GENEVA KATHLEEN WHALEY, | ) | |
| | ) | |
| DEBTORS. | ) | |

18-58181-LRC                    **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):
    ANTHONY WAYNE WHALEY
    GENEVA KATHLEEN WHALEY
    536 DEADWOOD TRAIL
    LOCUST GROVE, GA 30248

    DEBTOR(S) ATTORNEY:
    CLARK & WASHINGTON, P.C.
    3300 NORTHEAST EXPRESSWAY
    BUILDING 3, SUITE A
    ATLANTA, GA 30341

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Thursday, July 5, 2018

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile:   678-510-1450